AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JUDICIAL WATCH, INC., on behalf of certain of its members; and TRUE THE VOTE, in its corporate capacity,<br><br>*Plaintiff(s)*<br><br>v.<br><br>OHIO SECRETARY OF STATE JON HUSTED, in his official capacity,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:12-cv-792

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　　　Jon Husted
　　　　　Ohio Secretary of State
　　　　　180 East Broad Street, 16th Floor
　　　　　Columbus, Ohio 43215

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　David R. Langdon, Esq.
　　　　　Langdon Law LLC
　　　　　8913 Cincinnati-Dayton Rd.
　　　　　West Chester, Ohio 45069-3131

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:　8/30/12

CLERK OF COURT

