# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al.*, : | |
| : | Case No.: 2:12-cv-792 |
| Plaintiffs, : | |
| : | |
| vs. : | |
| : | |
| OHIO SECRETARY OF STATE : | |
| JON HUSTED, : | |
| : | |
| Defendant. : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL J. ORFANEDES

Under Local Rule 83.3(e), David R. Langdon, trial attorney for Plaintiffs, moves the Court to admit Paul J. Orfanedes *pro hac vice* to appear and participate as co-counsel in this matter for Plaintiffs.

Mr. Orfanedes is a member in good standing of the highest court of the District of Columbia, as attested by the accompanying certificate from that court, and is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required $200.00 filing fee.

Mr. Orfanedes understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this motion.

Mr. Orfanedes' business address is Judicial Watch, Inc., 425 Third Street S.W., Suite 800, Washington, D.C. 20024. Mr. Orfanedes' telephone number is (202) 646-5172, his fax number is (202) 646-5199, and his email address is porfanedes@judicialwatch.org.

        Respectfully submitted,

        */s/ David R. Langdon*
        David R. Langdon (OH Bar No. 0067046)
          *Trial Attorney*
        Joshua B. Bolinger (OH Bar No. 0079594)
        LANGDON LAW LLC
        8913 Cincinnati-Dayton Rd.
        West Chester, Ohio 45069
        (513) 577-7380
        (513) 577-7383 fax
        dlangdon@langdonlaw.com

        *Counsel for Plaintiffs Judicial Watch, Inc. and True the Vote*

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Motion for Admission Pro Hac Vice of Paul J. Orfanedes* was filed using the Court's CM/ECF system on August 30, 2012, and that a copy of the motion will be served in the same manner as the complaint upon the named defendant.

>                         */s/ Joshua B. Bolinger*
>                         Joshua B. Bolinger