# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Judicial Watch, Inc., et al. | : | |
| Plaintiffs, | : | Case No. 2:12cv792 |
| v. | : | Judge Edmund A. Sargus |
| Jon Husted, | : | Magistrate Judge Terence P. Kemp |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF TRIAL COUNSEL FOR DEFENDANT
## OHIO SECRETARY OF STATE JON HUSTED

Now comes Assistant Attorney General Aaron D. Epstein (0063286) and gives notice to this Court and to all parties that he has entered his appearance in the above-captioned case as trial counsel on behalf of Defendant Ohio Secretary of State Jon Husted.

Respectfully submitted,

MICHAEL DEWINE (0009181)
Ohio Attorney General

*/s/ Aaron D. Epstein*
AARON D. EPSTEIN (0063286)
    *Trial Counsel
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
aaron.epstein@ohioattorneygeneral.gov

*Trial Counsel for Defendant*
*Ohio Secretary of State Jon Husted*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was electronically filed with the U.S. District Court, Southern District of Ohio, on August 31, 2012, and served upon all parties of record via the court's electronic filing system.

*/s/ Aaron D. Epstein*
AARON D. EPSTEIN (0063286)
Assistant Attorney General