**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Judicial Watch, Inc., et al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:12cv792 |
| | : | |
| v. | : | Judge Edmund A. Sargus |
| | : | |
| Jon Husted, | : | Magistrate Judge Terence P. Kemp |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT
OHIO SECRETARY OF STATE JON HUSTED**

Now comes Assistant Attorney General Michael J. Schuler (0082390) and gives notice to this Court and to all parties that he has entered his appearance in the above-captioned case as co-counsel on behalf of Defendant Ohio Secretary of State Jon Husted.

Respectfully submitted,

MICHAEL DEWINE (0009181)
Ohio Attorney General

*/s/ Michael J. Schuler*
MICHAEL J. SCHULER (0082390)
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
michael.schuler@ohioattorneygeneral.gov

*Co-Counsel for Defendant
Ohio Secretary of State Jon Husted*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was electronically filed with the U.S. District Court, Southern District of Ohio, on August 31, 2012, and served upon all parties of record via the court's electronic filing system.

*/s/ Michael J. Schuler*
MICHAEL J. SCHULER (0082390)
Assistant Attorney General