```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Judicial Watch, Inc., et al.,   :

      Plaintiffs,              :

  v.                               :     Case No. 2:12-cv-792

Ohio Secretary of State          :     JUDGE EDMUND A. SARGUS, JR.
Jon Husted,                            Magistrate Judge Kemp

      Defendant.               :

<u>ORDER</u>

    Paul J. Orfanedes and Chris Fedeli have moved for admission pro hac vice to appear on behalf of plaintiffs Judicial Watch, Inc. and True the Vote.  The Court grants the motions (#4 and #5).  However, the attorneys who have been admitted shall, if they have not done so already, promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's website, www.ohsd.uscourts.gov.  Specifically, that manual provides that "all documents submitted for filing in this district ... in civil cases ... shall be filed electronically using the Electronic Filing System ..." unless manual filing is permitted by the manual or unless electronic filing has been excused by the assigned judge.  Consequently, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events.  The Court may elect to send notices only to local counsel if local counsel, but not pro hac vice counsel, is authorized to receive electronic notices.

                                 /s/ Terence P. Kemp
                                 United States Magistrate Judge