**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Judicial Watch, Inc.,
    et al.,

    vs.                                          **NOTICE**

Ohio Secretary of State
John Husted,

                                      CASE No. 2:12-cv-0792
                                      JUDGE SARGUS
                                      Magistrate Judge Kemp

[ x ]  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court    **ROOM NUMBER 172**
        85 Marconi Boulevard
        Columbus OH  43215        **NOVEMBER 27, 2012 @ 3:00 P.M.**

Type of Proceeding:    **PRELIMINARY PRETRIAL CONFERENCE**

**PLEASE NOTE**: The pretrial may be conducted by telephone if any party elects to initiate the conference call.  All parties must consent to the telephone conference, and all must <u>participate by telephone</u>.  Personal attendance of any counsel at a telephone pretrial is strongly discouraged.  The Deputy Clerk must be informed prior to the scheduled date and time if the pretrial will be by telephone.

                                        TERENCE P. KEMP
                                        UNITED STATES MAGISTRATE JUDGE

Date: October 16, 2012

                                    */s/ Wanda J. Harrison*
                                    (BY)Wanda Harrison, Deputy Clerk
                                    (614) 719-3023
                                    wanda_harrison@ohsd.uscourts.gov