# IMPORTANT NOTICE - PLEASE READ

Federal Rules of Civil Procedure 26(a) and 26(f) have been amended, effective December 1, 2000, to require in all trial-track civil cases:

1. That counsel for the parties meet at least 21 days before the preliminary pretrial conference and confer "to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan ...."; and

2. That a written report of the meeting of the parties be filed with the Court within 14 days after the conference.

Under this Rule, a written report of the meeting of the parties must be filed **not later than seven days before the preliminary pretrial conference**.

A form upon which to make the required report can be found on the Court's website, www.ohsd.uscourts.gov . Click on "Forms" and then select "Rule 26(f) Report of Parties (Eastern Division only)." One attorney should take responsibility for completing the form **during the meeting of the parties** and filing it with the Court promptly thereafter. Electronic filing of the report is strongly encouraged. Please also refer to the General Order on Pretrial (Eastern Division Order 01-1) which can be accessed by going to the website and selecting: Judges, Magistrate Judge Kemp, Forms & Procedures, and General Order on Pretrial.

If you cannot access the website, you may obtain a copy of the Rule 26(f) report form and/or General Order 01-1 by calling Wanda Harrison, 614-719-3023.