IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JUDICIAL WATCH, INC., ET AL.,**

    Relator

    v.

**OHIO SECRETARY OF STATE
JON HUSTED**

    Respondent

**Case No. 12-cv-00792**

**Judge Edmund A. Sargus**

**Magistrate Judge Terrence P. Kemp**

**ATTORNEY MICHAEL J. SCHULER'S NOTICE OF WITHDRAWAL
AS COUNSEL OF RECORD**

    Attorney Michael J. Schuler hereby moves this Court to withdraw as co-counsel of record in the above captioned matter. Attorney Schuler transferred to another state agency effective December 17, 2012. Assistant Attorney General Aaron Epstein will continue serving as lead and trial counsel and Assistant Attorney General Damian W. Sikora will continue serving as co-counsel.

    AAG Schuler certifies that client, Respondent Ohio Secretary of State Jon Husted, has been notified of Attorney Schuler's transfer and withdrawal and that AAG' s Epstein and Sikora, as current counsel of record are aware of all orders, upcoming assignment dates and hearing dates.

Respectfully submitted,

/s/ *Michael J. Schuler*
MICHAEL J. SCHULER (0082390)
Ohio Consumers' Counsel
10 West Broad Street, Suite 1800
Columbus, Ohio  43215-3485
Tel: (614) 466-8574
schuler@occ.state.oh.us

*Withdrawing Counsel for Respondent*
*Ohio Secretary of State Jon Husted*


MIKE DeWINE
Ohio Attorney General

/s/ Aaron D. Epstein
AARON D. EPSTEIN (0063286)
DAMIAN W. SIKORA (007524)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio  43215
Tel: (614) 466-2872; Fax: (614) 728-7592
aaron.epstein@ohioattorneygeneral.gov
damian.sikora@ohioattorneygeneral.gov

*Counsel for Respondent*
*Ohio Secretary of State Jon Husted*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Michael J. Schuler*
MICHAEL J. SCHULER (0082390)