IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JUDICIAL WATCH, INC.** | : |
| Plaintiff, | : Case No. 2:12-cv-00792 |
| v. | : Judge Edmund A. Sargus |
| **JON HUSTED**, et al. | : Magistrate Judge Terence P. Kemp |
| Defendants. | : |

### NOTICE OF SUBSTITUTION OF COUNSEL

Assistant Attorney General Kristopher J. Armstrong hereby provides notice to this Court of his substitution as lead counsel of record in the above captioned matter for Defendant Ohio Secretary of State Jon Husted. Attorney Aaron D. Epstein is no longer employed with the Ohio Attorney General's Office. The Office of Ohio Secretary of State is aware and approves of this substitution of counsel. Copies of all pleadings, orders, correspondence and other communications should be directed as indicated below.

Respectfully submitted,

MICHAEL DEWINE (0009181)
Ohio Attorney General

*/s/ Kristopher J. Armstrong*
KRISTOPHER J. ARMSTRONG (0077799)
　　*Trial Counsel
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
kristopher.armstrong@ohioattorneygeneral.gov

*Counsel for Defendant*
*Ohio Secretary of State Jon Husted*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Notice of Substitution of Counsel* was electronically filed with the U.S. District Court, Southern District of Ohio, on April 23, 2013, and served upon all parties of record via the court's electronic filing system.

></br>

*/s/ Kristopher J. Armstrong*
KRISTOPHER J. ARMSTRONG (0077799)
Assistant Attorney General