**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., *et al.*, | : | |
| | : | Case No.: 2:12-cv-00792-EAS-TPK |
| Plaintiffs, | : | |
| | : | Judge Edmund A. Sargus |
| vs. | : | |
| | : | Magistrate Judge Terence P. Kemp |
| OHIO SECRETARY OF STATE | : | |
| JON HUSTED, | : | |
| | : | |
| Defendant. | : | |

---

**MOTION FOR ADMISSION *PRO HAC VICE* OF J. CHRISTIAN ADAMS**

---

Under Local Rule 83.3(e), David R. Langdon, trial attorney for Plaintiffs, moves the Court to admit J. Christian Adams *pro hac vice* to appear and participate as co-counsel in this matter for Plaintiffs.

Mr. Adams is a member in good standing of the highest court of the Commonwealth of Virginia, as attested by the accompanying certificate from that court, and is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required $200.00 filing fee.

Mr. Adams understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this motion.

Mr. Adam's business address is Election Law Center, PLLC, 300 N. Washington Street, Suite 405, Alexandria, VA 22314. Mr. Adam's telephone number is (703) 963-8611, his fax number is (703) 740-1773, and his email address is adams@electionlawcenter.com.

Respectfully submitted,


*/s/ David R. Langdon*
David R. Langdon (OH Bar No. 0067046)
  *Trial Attorney*
Joshua B. Bolinger (OH Bar No. 0079594)
LANGDON LAW LLC
8913 Cincinnati-Dayton Rd.
West Chester, Ohio 45069
(513) 577-7380
(513) 577-7383 fax
dlangdon@langdonlaw.com

*Counsel for Plaintiffs Judicial Watch, Inc. and True the Vote*

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Motion for Admission Pro Hac Vice of J. Christian Adams* was filed using the Court's CM/ECF system on June 14, 2013, and served upon all counsel of record via the Court's electronic filing system.

*/s/ Joshua B. Bolinger*
Joshua B. Bolinger