# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC. and TRUE THE VOTE | : : : | 
| Plaintiffs, | : : |
| vs. | : : : |
| JON HUSTED, OHIO SECRETARY OF STATE, | : : : |
| Defendant. | : : |

Case No. 2:12-cv-792-EAS-TPK

Judge Edmund A. Sargus, Jr.

Magistrate Judge Kemp

## MOTION FOR ADMISSION OF ROBERT D. POPPER *PRO HAC VICE*

Under Local Rule 83.3(e), David R. Langdon, trial attorney for Plaintiffs, moves the Court to admit Robert D. Popper *pro hac vice* to appear and participate as co-counsel in this matter for Plaintiffs.

Mr. Popper is a member in good standing of the highest court of the State of New York, as attested by the accompanying certificate from that court, and is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required $200.00 filing fee.

Mr. Popper understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Popper's business address is Judicial Watch, Inc., 425 Third Street S.W., Suite 800, Washington, DC 20024. Mr. Popper's telephone number is (202) 646-5173, his facsimile number is (202) 646-5199, and his email address is rpopper@judicialwatch.org.

Respectfully submitted,

*/s/ David R. Langdon*
David R. Langdon (OH Bar No. 0067046)
  *Trial Attorney*
Joshua B. Bolinger (OH Bar No. 0079594)
LANGDON LAW LLC
8913 Cincinnati-Dayton Rd.
West Chester, Ohio 45069
(513) 577-7380
(513) 577-7383 fax
dlangdon@langdonlaw.com

*Counsel for Plaintiffs Judicial Watch, Inc. and True the Vote*

CERTIFICATE OF SERVICE

I certify that the foregoing *Motion for Admission of Robert D. Popper Pro Hac Vice* was filed using the Court's CM/ECF system on September 26, 2013, which sent notification of such filing to all counsel of record.

*/s/ Joshua B. Bolinger*
Joshua B. Bolinger
