# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. and TRUE THE VOTE, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 2:12-cv-792-EAS-TPK |
| v. | ) ) | Judge Edmund A. Sargus, Jr. |
| JON HUSTED, Ohio Secretary of State in his official capacity, | ) ) ) ) | Magistrate Judge Terence P. Kemp |
| *Defendant*. | ) | |

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

In accordance with Local Rule 16.2, the parties jointly move for a **two week** extension of the discovery and dispositive motion deadlines. The current discovery deadline is October 31, 2013, and the current dispositive motion deadline is November 29, 2013. The parties are engaged in ongoing and serious settlement negotiations which may lead to a resolution of the case. They wish to complete that process without having to simultaneously complete discovery and draft dispositive motions. No trial date has been set, so the requested extension will not affect a trial date. This is the first request of any party for an extension of the case schedule. Accordingly, the Parties jointly request that the discovery and dispositive motion deadlines be extended by two weeks, as follows:

| EVENT | NEW DATE |
|---|---|
| Discovery Cut-Off: | November 14, 2013 |
| Dispositive Motion Deadline: | December 13, 2013. |

1

A proposed order is attached to this motion.

Respectfully submitted,

| For the Defendant: | For the Plaintiffs: |
|---|---|
| MICHAEL DeWINE<br>Ohio Attorney General | |
| */s/ Kristopher J. Armstrong* | */s/ Chris Fedeli* |
| Kristopher J. Armstrong (0077799)<br>Ryan M. Richardson (0090382)<br>Assistant Attorneys General<br>Constitutional Offices Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>Tel: (614) 466-2872<br>Fax: (614) 728-7592<br>kristopher.armstrong@ohioattorneygeneral.gov<br>ryan.richardson@ohioattorneygeneral.gov<br><br>*Attorneys for Defendant* | Chris Fedeli<br>Paul J. Orfanedes<br>Robert D. Popper<br>   *Admitted Pro Hac Vice*<br>JUDICIAL WATCH, INC.<br>425 Third Street S.W., Ste. 800<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br>cfedeli@judicialwatch.org<br>porfanedes@judicialwatch.org<br>rpopper@judicialwatch.org<br><br>David R. Langdon (0067046)<br>Joshua B. Bolinger (0079594)<br>LANGDON LAW LLC<br>8913 Cincinnati-Dayton Rd.<br>West Chester, Ohio 45069<br>Tel: (513) 577-7380<br>Fax: (513) 577-7383<br>dlangdon@langdonlaw.com<br>jbolinger@langdonlaw.com<br><br>J. Christian Adams<br>   *Admitted Pro Hac Vice*<br>300 N. Washington Street, Ste. 405<br>Alexandria, VA 22314<br>adams@electionlawcenter.com<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.   Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*/s/ Kristopher J. Armstrong*
Kristopher J. Armstrong
Assistant Attorney General