**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. and TRUE THE VOTE, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 2:12-cv-792-EAS-TPK |
| v. | ) ) | Judge Edmund A. Sargus, Jr. |
| JON HUSTED, Ohio Secretary of State in his official capacity, | ) ) ) | Magistrate Judge Terence P. Kemp |
| *Defendant*. | ) | |

**SECOND JOINT MOTION TO EXTEND DISCOVERY AND**
**DISPOSITIVE MOTION DEADLINES**

In accordance with Local Rule 16.2, the parties jointly move for an additional brief extension of the discovery and dispositive motion deadlines.   The parties are engaged in ongoing and serious settlement negotiations, which have made significant progress toward resolution of the case.   The parties wish to complete that process without having to simultaneously complete discovery and draft dispositive motions.   No trial date has been set, so the requested extension will not affect a trial date.   Accordingly, the Parties jointly request that the discovery and dispositive motion deadlines be extended as follows:

| EVENT | NEW DATE |
|---|---|
| Discovery Cut-Off: | December 13, 2013 |
| Dispositive Motion Deadline: | January 13, 2014. |

1

A proposed order is attached to this motion.

Respectfully submitted,

For the Defendant:                                    For the Plaintiffs:

MICHAEL DeWINE
Ohio Attorney General

*/s/ Kristopher J. Armstrong*                          */s/ Chris Fedeli*
Kristopher J. Armstrong (0077799)                     Chris Fedeli
Ryan M. Richardson (0090382)                          Paul J. Orfanedes
Assistant Attorneys General                           Robert D. Popper
Constitutional Offices Section                            *Admitted Pro Hac Vice*
30 East Broad Street, 16th Floor                      JUDICIAL WATCH, INC.
Columbus, Ohio 43215                                  425 Third Street S.W., Ste. 800
Tel: (614) 466-2872                                   Washington, DC 20024
Fax: (614) 728-7592                                   Tel: (202) 646-5172
kristopher.armstrong@ohioattorneygeneral.gov          Fax: (202) 646-5199
ryan.richardson@ohioattorneygeneral.gov               cfedeli@judicialwatch.org
                                                      porfanedes@judicialwatch.org
*Attorneys for Defendant*                             rpopper@judicialwatch.org

                                                      David R. Langdon (0067046)
                                                      Joshua B. Bolinger (0079594)
                                                      LANGDON LAW LLC
                                                      8913 Cincinnati-Dayton Rd.
                                                      West Chester, Ohio 45069
                                                      Tel: (513) 577-7380
                                                      Fax: (513) 577-7383
                                                      dlangdon@langdonlaw.com
                                                      jbolinger@langdonlaw.com

                                                      J. Christian Adams
                                                          *Admitted Pro Hac Vice*
                                                      300 N. Washington Street, Ste. 405
                                                      Alexandria, VA 22314
                                                      adams@electionlawcenter.com

                                                      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2013, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system.    Notice of this filing

will be sent to counsel of record by operation of the Court's electronic filing system.    Parties may

access this filing through the Court's system.

*/s/ Kristopher J. Armstrong*
Kristopher J. Armstrong
Assistant Attorney General