# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC. and TRUE THE VOTE, | ) ) ) |
| *Plaintiffs*, | ) Case No. 2:12-cv-792-EAS-TPK ) |
| v. | ) ) |
| JON HUSTED, Ohio Secretary of State, in his official capacity, | ) ) ) |
| *Defendant*. | ) ) |

## ORDER

This matter is before the Court on the parties' second joint motion to extend the discovery and dispositive motion deadlines. For good cause shown, said motion is **GRANTED**.

The discovery deadline is reset to **December 13, 2013.**

The dispositive motion deadline is reset to **January 13 2014.**

IT IS SO ORDERED.

 

        Hon. Terrence P. Kemp
        UNITED STATES MAGISTRATE JUDGE