```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Judicial Watch, Inc., et al.,  :

      Plaintiffs,      :

  v.                             :      Case No. 2:12-cv-792

Ohio Secretary of State      :      JUDGE EDMUND A. SARGUS, JR.
Jon Husted,                      Magistrate Judge Kemp

      Defendant.      :

<u>ORDER</u>

    The parties have filed a joint motion for an extension of the discovery and dispositive motion deadlines.  The motion sets forth good cause for the extension and the motion (#22) is therefore granted.  All discovery shall be completed by December 14, 2013.  Dispositive motions shall be filed by January 13, 2014.  Doc. 21 is moot and shall be removed from the Court's pending motions list.

                                    <u>/s/ Terence P. Kemp</u>
                                    United States Magistrate Judge