IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC. and TRUE THE VOTE, | )<br>)<br>) |
| *Plaintiffs*, | ) Case No. 2:12-cv-792-EAS-TPK |
| v. | ) |
| JON HUSTED, Ohio Secretary of State, in his official capacity, | ) |
| *Defendant*. | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Judicial Watch, Inc. and True the Vote and defendant Jon Husted, in his official capacity as Secretary of State of Ohio, hereby stipulate to the dismissal of this action with prejudice, and without costs or fees to either party.

1

Dated: January 13, 2013                                    Respectfully submitted,

| For the Defendant: | For the Plaintiffs: |
|---|---|
| MICHAEL DEWINE<br>Ohio Attorney General<br><br>*/s/ Kristopher J. Armstrong*<br><br>Kristopher J. Armstrong (0077799)<br>Ryan M. Richardson (0090382)<br>Assistant Attorneys General<br>Constitutional Offices Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>Tel: (614) 466-2872<br>Fax: (614) 728-7592<br>kristopher.armstrong@ohioattorneygeneral.gov<br>ryan.richardson@ohioattorneygeneral.gov | */s/ Chris Fedeli*<br><br>Paul J. Orfanedes<br>Robert D. Popper<br>Chris Fedeli<br>Admitted *Pro Hac Vice*<br><br>JUDICIAL WATCH, INC.<br>425 Third Street S.W., Ste. 800<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br>porfanedes@judicialwatch.org<br>rpopper@judicialwatch.org<br>cfedeli@judicialwatch.org<br><br>J. Christian Adams<br>Admitted *Pro Hac Vice*<br><br>ELECTION LAW CENTER, PLLC<br>300 N. Washington Street, Ste. 405<br>Alexandria, VA 22314<br>Tel: (703) 963-8611<br>adams@electionlawcenter.com<br><br>David R. Langdon (0067046)<br>Joshua B. Bolinger (0079594)<br><br>LANGDON LAW LLC<br>8913 Cincinnati-Dayton Rd.<br>West Chester, Ohio 45069<br>Tel: (513) 577-7380<br>Fax: (513) 577-7383<br>dlangdon@langdonlaw.com<br>jbolinger@langdonlaw.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of January, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.   Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

              *s/ Chris Fedeli*
              Chris Fedeli